THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, *v.* MICHAEL CLEMENTE, Respondent-Appellant.

Argued October 20, 1955; decided November 23, 1955.

892

*Frank S. Hogan*, District Attorney (*Richard G. Denzer* and *Paul A. Stone* of counsel), for appellant-respondent.

*Harris B. Steinberg* for respondent-appellant.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.